# FILED

## UNDER

# SEAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS IN TD AMERITRADE ACCOUNT #862-702215 IN THE NAME OF CHARLES W. COBB & ANA M. COBB TRS FBO IRREVOCABLE TRUST UA JUN, | **Case No. 2:13-mj-00951-VCF** |
| IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS IN BANK OF AMERICA ACCOUNT #501003695610 IN THE NAME OF GLEN COBB, | **Case No. 2:13-mj-00954-VCF** |
| IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS IN TD AMERITRADE ACCOUNT #866-220739 IN THE NAME OF MONICA NAMNARD, | **Case No. 2:13-mj-00953-VCF** |
| IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS IN USAA BANK ACCOUNT 550-5645-8 HELD IN THE NAME OF GLEN COBB, | **Case No. 2:13-mj-00961-VCF** |
| 　　　　　　　Defendants. | **SEALED MINUTE ORDER** |

　　　Before the Court is Defendants' Motion to Vacate Seizures and Request for Expedited Hearing (#1).

1  IT IS HEREBY ORDERED that a sealed telephonic hearing on Defendant Glen Cobb's Motion
2  to Vacate Seizures and Request for Expedited Hearing (#1) is scheduled for 10:00 a.m., March 28, 2014.
3  The call in conference number is 1-702-868-4911, passcode 123456.

4  The Court Clerk is directed to e-mail a copy of this Order to AUSA, Cristina D. Silva, Esq., and
5  to Defendants' counsel, Kathleen Bliss, Esq.

6  DATED this 27th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE